# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

| | |
|---|---|
| SUNNY DAYS ENTERTAINMENT, LLC, § § *Plaintiff*, § § vs. § TRAXXAS, L.P., § § *Defendant*. § | Civil Action No. 6:18-cv-15-DCC |

## DEFENDANT TRAXXAS, L.P.'S MOTION TO DISMISS
## FOR LACK OF PERSONAL JURISDICTION AND
## INSUFFICIENT SERVICE OF PROCESS

NOW COMES BY SPECIAL APPEARANCE Defendant Traxxas, L.P. ("Traxxas") for the limited purpose of contesting this Court's jurisdiction over it. Traxxas respectfully moves for the Court to dismiss this action for lack of personal jurisdiction and insufficient service of process under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5). As set forth in the accompanying memorandum, Traxxas does not have sufficient "continuous and systematic" affiliations with this State as to render it essentially at home in this forum, and Traxxas' alleged sales—the only purported basis for personal jurisdiction in this case—are irrelevant to the personal jurisdiction inquiry. Further, Traxxas has not been properly served with the summons and complaint in this action.

WHEREFORE, PREMISES CONSIDERED, Traxxas respectfully prays that the Court dismiss this action for lack of personal jurisdiction, and for all other relief to which Traxxas is justly entitled.

**[SIGNATURE BLOCK NEXT PAGE]**

1

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/William S. Brown
William S. Brown
Federal Bar No. 5929
E-Mail: william.brown@nelsonmullins.com
David C. Dill
Federal Bar No. 11860
E-Mail: david.dill@nelsonmullins.com
104 South Main Street / Ninth Floor
Post Office Box 10084 (29603-0084)
Greenville, SC  29601
(864) 373-2300

*Attorneys for Traxxas, L.P.*

Greenville, South Carolina

March 13, 2018