# EXHIBIT 7

SUNNY DAYS ENTERTAINMENT, LLC (/)

HOME (/)
ABOUT US (/ABOUT-US)
BRANDS (/BRANDS)
MEDIA & PRESS (/MEDIA-PRESS)

CONTACT US (/CONTACT-US)



## Brands

LANDING (/LANDING)

MAXX ACTION (/MAXX-ACTION)

MAXX BUBBLES (/BUBBLES)

CUPCAKE SURPRISE (/SURPRISE)

SWEET PUPS (/PUPS)

BLUE RIBBON CHAMPIONS (/CHAMPIONS)

ELITE FORCE (/FORCE)

ACTIVITY POP-UP TENTS (/ACTIVITY-POP-UPS)

COMING SOON (/COMINGSOON)

Maxximum action. Maxximum fun. From our popular lights and sounds vehicles, to the tool sets and the traditional role play collection, we have something to keep your little one entertained with toys they will love forever. Each toy is realisticly designed to help provide fun, imaginative play.








Maxx Action Constructio…


Maxx Action Fire Rescue …


Maxx Action Waste Rem…





Maxx Action Constructio…   Maxx Action Rescue Heli…   Maxx Action Cement Mixer





Maxx Action Wrecker To…   Maxx Action Recycle Co…   Maxx Action Long-Haul …





Maxx Action Long Haule…   Maxx Action Pickup Truc…   Maxx Action Pickup Truc…





Maxx Action Mini Rescu…   Maxx Action Mini Rescu…   Maxx Action Tractor wit…





Maxx Action Ambulance   Maxx Action Fire Truck   Maxx Action Chopper C…




Big Hauler Car Case & A…


Power Tool Drill


Weed Trimmer


Power Chainsaw


22-Piece Deluxe Tool Belt


19-Piece Deluxe Tool Box


45-Piece Deluxe Tool Set


Outdoor Adventure Bucket


Commando Battle Group…


Unicorn Dream Land Bu…






Dinosaur Playset Bucket



Bucket of Horses



## MAXX ACTION YOUTUBE (HTTPS://WWW.YOUTUBE.COM/MAXXACTIONTOYS)



Maxx Action Photon Blas…



Maxx Action Alien Photo…



Maxx Action Photon Spa…



Maxx Action Single Phot…



Deluxe Toy Cap Playset



Maxx Action Deluxe Mar…



Maxx Action Cap Pistol (…



Maxx Action Cap Pistol …












Maxx Action Pump Actio…     Blaze Pump Action Toy S…     Maxx Action Adventure …





Maxx Action Toy Pistol …     Maxx Action Hunting Bow     Maxx Action Arrows Refi…





Maxx Action Adventure …     Maxx Action 9mm Toy P…     Maxx Action Toy Mini …





Maxx Action Tactical Ma…     Maxx Action Pistol Playset     Maxx Action Walkie Talkies





Maxx Action Toy Electro…     Special Forces Playset     Maxx Action Fire Rescue …





Maxx Action Wild West …     Maxx Action Blaze Wild …

Maxx Action | Maxx Bubbles | Cupcake Surprise | Sweet Pups | Blue Ribbon Champions | Elite Force | Activity Pop-Ups | Coming Soon

BACK TO TOP

Terms of Service © 2018 Sunny Days Entertainment, LLC. All rights reserved. All audio, visual and textual content on this site (including all names, characters, images, trademarks and logos) are protected by trademark, copyrights and other Intellectual Property rights owned by Sunny Days Entertainment, LLC, or its subsidiaries, licensors, licensees, suppliers and accounts.

 (//www.dandb.com/verified/business/570955547/)